786    

Rose E. Pike, Respondent, v. Yonkers Railroad Company, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

Celia Pores, Respondent, v. H. Blumenberg, Inc., and Herman Blumenberg, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

Frank Puglia, an Infant, by His Guardian ad Litem, Gaitano Puglia, Respondent, v. Salvy Cafiero, Appellant.— Order denying in part defendant's motion for a bill of particulars affirmed, in so far as appealed from, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

The People of the State of New York, Respondent, v. Joseph J. Bernstein, Appellant.*— Judgment of conviction unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

The People of the State of New York, Respondent, v. George Cording, Appellant.— Judgment of conviction by a city magistrate, sitting as a Court of Special Sessions, modified by striking therefrom the provision revoking appellant's license, and as so modified unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

The People of the State of New York, Respondent, v. John Edward Elam, Appellant.— Judgment of conviction by a city magistrate, sitting as a Court of Special Sessions, unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

The People of the State of New York ex rel. Josephine B. Stapleton, Respondent, v. William T. McCaw, as City Manager of the City of Newburgh, and Daniel J. Coutant, as Clerk of the City of Newburgh, Appellants.— Order denying motion to vacate certiorari order, and order directing city manager to make return, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Hagarty and Carswell, JJ., concur; Kapper, J., dissents upon the ground that there is no statutory right of review in this court from the determination of the city manager.

Mina Rohmeling, Respondent, v. August Edward Hoffmann, Defendant. Merchants Collateral Corporation, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

Roseen Bros., Inc., Respondent, v. Gladys Manning and Others, Defendants. Frank Blum, Appellant.— Order denying motion of defendant Frank Blum to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

Ryan & Chodack, Inc., Appellant, v. Annie Jacofs and Herman Fishbein, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Seeger, JJ.

John Schiner, Respondent, v. Frank Robistello, Appellant.— Judgment and order of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.